UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-60012-RNS

AL DURRANT, individually and on behalf of a
class of others similarly situated,

    Plaintiff,

v.

SPACE COAST CREDIT UNION,

    Defendant.
_____/

**CLASS ACTION**
**JURY TRIAL DEMANDED**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Al Durrant and Defendant Space Coast Credit Union, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of the Plaintiff are hereby dismissed with without prejudice, with each party to bear their own attorney's fees and costs.

Date: March 23, 2020

Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

143861901v1

Date: March 23, 2020

Respectfully submitted,

**BLAXBERG, GRAYSON, KUKOFF & FORTEZA, P.A.**
25 SE Second Avenue, Suite 730
Miami, FL 33131

*/s/ Moises T. Grayson, Esq.*
Moises T. Grayson, Esq.
Florida Bar No.: 369519
Primary E-mail: Moises.Grayson@blaxgray.com
Secondary E-mail: Space@blaxgray.com
Telephone: (305) 381-7979
*Counsel for Defendant, Space Coast Credit Union*

143861901v1