United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Al Durrant, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-60012-Civ-Scola |
| | ) | |
| Space Coast Credit Union, | ) | |
| Defendant. | ) | |

### **Order of Dismissal**

The parties have dismissed this case without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal Without Prejudice, ECF No. 17.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in chambers, at Miami, Florida, on March 24, 2020.

Robert N. Scola, Jr.
United States District Judge